FILED
APR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re                                  :
                                       :    Civil Action No. 08-0373
     JONATHAN STEELE.                  :

# ORDER

This matter is before the Court on petitioner's motion for reconsideration of the Court's dismissal of this action.[1] *See In re Steele*, No. 08-0373, 2008 WL 686648, at *1 (D.D.C. Feb. 29, 2008). Petitioner states that the Court misunderstood the nature of his claims, and that his goal "is to have the Judicial Branch [] grant a hearing and consider the same evidence" presented in both the criminal case against him and the civil cases he has filed in federal and state courts. *See* Mot. to Recons. at 2; Pet. at 4. Petitioner appears to argue that the sentencing court deemed "frivolous and malicious" evidence that may have exonerated him or that may have permitted an award of damages in a civil case. *See* Mot. to Recons. at 2-3; Pet. at 2-3.

Insofar as petitioner seeks review of decisions rendered by other federal or state courts, this Court has no such authority. *See* 28 U.S.C. § 1291; *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994) (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983)), *aff'd*, 1994 WL 474995 (D.C. Cir. July 27, 1994) (per curiam), *cert. denied*, 513 U.S. 1150 (1995). Moreover, under the doctrine of *res judicata*, a prior judgment on the merits of plaintiff's claims bars the relitigation of the claim and any other claims that could have

---

[1] In reviewing this matter, the Court has learned that plaintiff has accumulated more than "three strikes" for purposes of 28 U.S.C. § 1915(g). *See Steele v. Aramark Food Serv. Corp.*, No. 07-2664, 2007 WL 1965530 (E.D. Pa. July 3, 2007). Plaintiff is advised that, absent allegations that he is in imminent danger of serious physical injury at the time he files any future action in this district, the Court may deny him *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g).



been submitted to a court. *See, e.g., Allen v. McCurry*, 449 U.S. 90, 94 (1980).

Accordingly, it is hereby

ORDERED that petitioner's motions for reconsideration [#6] and for appointment of counsel are DENIED.

SO ORDERED.

                                                    /s/ Royce C. Lamberth
                                               United States District Judge

Date: 4/18/08