# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

COPY

---

No. 08-5146                                    September Term 2007

1:08-cv-00373-UNA

Filed On: June 12, 2008 [1121452]

Jonathan Steele,

    Appellant

v.

Federal Officials,

    Appellee

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on June 5, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Elizabeth V. Scott
Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis