UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN STEELE,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL OFFICIALS,<br><br>   Defendant. | Civil Action No. 08-0373-UNA |

## ORDER

Upon consideration of plaintiff's motion to proceed on appeal *in forma pauperis*, and plaintiff's affidavit in support of the motion, it is hereby

**ORDERED** that plaintiff's motion [10] be, and hereby is, **GRANTED**.

SIGNED this 18th day of July, 2008.

                                            RICHARD J. LEON
                                            United States District Judge